UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **TOMMIE WALKER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 3:05-CV-291 |
| ) | (Phillips) |
| **TUNKU ABUBAKAR, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Defendant filed a motion for summary judgment in this case on August 17, 2005 [Doc. 13]. Plaintiff has twice been granted extensions of time to respond to the motion [Docs. 23, 25] but has still not responded. Plaintiff is **DIRECTED** to **SHOW CAUSE** in writing on or before **December 28, 2005,** why defendant's motion should not be granted. Unless plaintiff responds or shows adequate cause, defendant's motion for summary judgment will be summarily granted pursuant to LR 7.2.

The clerk is **DIRECTED** to send a copy of this order to plaintiffs, Tommie Walker and Benny Walker.

**IT IS SO ORDERED**.

ENTER:

s/ Thomas W. Phillips
United States District Judge